UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF JUST CONSTRUCTION, INC., | Case No.: 19cv1753 JM (KSC) |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | |
| K.O.O. CONSTRUCTION, INC., et al., | |
| Defendant. | |

Presently before the court is the Parties' "Stipulation for Dismissal of Entire Action." (Doc. No. 140).   The stipulation is signed by all Parties who have appeared in this action.  Under Rule 41(a)(1)(A), a plaintiff may dismiss an action without a court order by: (1) filing a notice of voluntary dismissal before a defendant has filed either an answer or a motion for summary judgment; or (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A).  The Parties' stipulation of dismissal satisfies the requirements of Rule 41(a)(1)(A)(ii) and is, therefore, effective on filing.  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  The action, in its entirety, is **DISMISSED WITH PREJUDICE** pursuant to the Parties' stipulation.  The Clerk of Court is directed to close the case.

1

1

**IT IS SO ORDERED.**

2

DATED: June 30, 2022

3

JEFFREY T. MILLER
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

19cv1753 JM (KSC)